1                                                                                     The Honorable Robert J. Bryan

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT TACOMA

TRINITY GLASS INTERNATIONAL, INC., a Washington corporation,

            Plaintiff,

v.

ODL, INCORPORATED, a Michigan corporation,

            Defendant.

No. C08-5018 RJB

[PROPOSED] STIPULATED ORDER EXTENDING DEADLINE FOR INVALIDITY CONTENTIONS

**STIPULATION**

The parties are engaged in settlement discussions and believe that they are close to finalizing a written Settlement Agreement that will result in dismissal of this action. To avoid incurring additional attorneys' fees pending finalization of a settlement, the parties stipulate to a one-week extension, to June 11, 2008, of the deadline for disclosure of defendant's invalidity contentions.

//

//

STIPULATED ORDER EXTENDING DEADLINE FOR
INVALIDITY CONTENTIONS – 1 (C08-5018 RJB)
DWT 11204365v1 0048522-000039

1  DATED this 30th day of May, 2008.

2
        Davis Wright Tremaine LLP
        Attorneys for Plaintiff Trinity Glass
3         International, Inc.

4

5         By /s/ Stuart Dunwoody
        Stuart R. Dunwoody, WSBA #13948
6
        Suite 2200
7         1201 Third Avenue
        Seattle, WA 98101-3045
8         Tel: (206) 757-8034
        Fax: (206) 757-7034
9         Email: stuartdunwoody@dwt.com

10         Kirkpatrick & Lockhart Preston Gates & Ellis
        LLP
11

12
        By /s/ Stuart Dunwoody for
13         Gregory F. Wesner, WSBA #30291 *per email authorization*

14         925 Fourth Avenue, Suite 2900
        Seattle, WA 98104-1158
15         Tel: (206) 623-7580
        Fax: (206) 623-7022
16         Email: gregory.wesner@klgates.com

17
        **ORDER**
18
IT IS SO ORDERED.
19
DATED this _2d_ day of _May_, 2008.
20

21         /s/ Robert J. Bryan
22         UNITED STATES DISTRICT JUDGE

23

STIPULATED ORDER EXTENDING DEADLINE FOR
INVALIDITY CONTENTIONS – 2 (C08-5018 RJB)
DWT 11204365v1 0048522-000039

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of May, 2008, I caused to be served a true and correct copy of the following document by the method indicated below and addressed as follows:

Stipulated Order Extending Deadline for Invalidity Contentions

| | |
|---|---|
| Gregory F. Wesner | _____ U.S. Mail |
| Kirkpatrick & Lockhart Preston Gates & Ellis LLP | _____ Hand Delivery |
| | _____ Overnight Mail |
| 925 Fourth Avenue, Suite 2900 | _____ Facsimile |
| Seattle, WA 98104-1158 | __x__ CM/ECF Notification |
| Tel: (206) 623-7580 | _____ Email |
| Fax: (206) 623-7022 | |
| Email: gregory.wesner@klgates.com | |

DATED this 30th day of May, 2008.

_____
Stuart R. Dunwoody

STIPULATED ORDER EXTENDING DEADLINE FOR
INVALIDITY CONTENTIONS – 3 (C08-5018 RJB)

DWT 11204365v1 0048522-000039