The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TRINITY GLASS INTERNATIONAL, INC., a Washington corporation,<br><br>               Plaintiff,<br><br>  v.<br><br>ODL, INCORPORATED, a Michigan corporation,<br><br>               Defendant. | No. C08-5018 RJB<br><br>STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE |

**STIPULATION**

The parties hereto, by and through their attorneys, stipulate to dismissal of this action without prejudice, and with each party to bear its own fees and costs.

//

//

STIPULATION AND ORDER OF DISMISSAL
(C08-5018 RJB) — 1

DWT 11473422v1 0048522-000039

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington 98101-3045
(206) 622-3150 · Fax: (206) 757-7700

DATED this 14th day of July, 2008.

| | |
|---|---|
| Davis Wright Tremaine LLP<br>Attorneys for Plaintiff Trinity Glass International, Inc. | Kirkpatrick & Lockhart Preston Gates & Ellis LLP<br>Attorneys for Defendant ODL, Incorporated |
| By ____/s/_____<br>    Stuart R. Dunwoody , WSBA #13948 | By _/s/_____<br>    Gregory F. Wesner, WSBA #30241 |
| Suite 2200<br>1201 Third Avenue<br>Seattle, WA 98101-3045<br>Tel:  (206) 757-8034<br>Fax:  (206) 757-7034<br>Email:  stuartdunwoody@dwt.com | 925 Fourth Avenue, Suite 2900<br>Seattle, WA 98104-1158<br>Tel:  (206) 623-7580<br>Fax:  (206) 623-7022<br>Email:  gregory.wesner@klgates.com |

**ORDER**

Upon the foregoing stipulation, it is hereby

ORDERED that this action is dismissed without prejudice, with each party to bear its own fees and costs.

DATED this 14th day of July, 2008.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

STIPULATION AND ORDER OF DISMISSAL
(C08-5018 RJB) — 2

DWT 11473422v1 0048522-000039

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700

1 | Presented by:

2 | Davis Wright Tremaine LLP
  | Attorneys for Plaintiff Trinity Glass
3 | International, Inc.

4 |

5 | By _____/s/_____
  |      Stuart R. Dunwoody , WSBA #13948

6 |

7 | Suite 2200
  | 1201 Third Avenue
  | Seattle, WA 98101-3045
8 | Tel:  (206) 757-8034
  | Fax:  (206) 757-7034
9 | Email:  stuartdunwoody@dwt.com

10 | Approved for Entry:

11 | Kirkpatrick & Lockhart Preston Gates & Ellis LLP
   | Attorneys for Defendant ODL, Incorporated

12 |

13 |

14 | By _/s/_____
   |     Gregory F. Wesner, WSBA #30241

15 | 925 Fourth Avenue, Suite 2900
   | Seattle, WA 98104-1158
16 | Tel:  (206) 623-7580
   | Fax:  (206) 623-7022
17 | Email:  gregory.wesner@klgates.com

STIPULATION AND ORDER OF DISMISSAL
(C08-5018 RJB) — 3

DWT 11473422v1 0048522-000039

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700

# CERTIFICATE OF SERVICE

I hereby certify that on the _____ day of _____, 2008, I caused to be served a true and correct copy of the following document by the method indicated below and addressed as follows:

Stipulation and Order of Dismissal Without Prejudice

| | |
|---|---|
| Gregory F. Wesner | _____ U.S. Mail |
| Kirkpatrick & Lockhart Preston Gates & Ellis LLP | _____ Hand Delivery |
| | _____ Overnight Mail |
| 925 Fourth Avenue, Suite 2900 | _____ Facsimile |
| Seattle, WA 98104-1158 | \_\_\_x\_\_ CM/ECF Notification |
| Tel: (206) 623-7580 | _____ Email |
| Fax: (206) 623-7022 | |
| Email: gregory.wesner@klgates.com | |

DATED this _____ day of _____, 2008.

_____
Stuart R. Dunwoody

STIPULATION AND ORDER OF DISMISSAL
(C08-5018 RJB) — 4

DWT 11473422v1 0048522-000039

Davis Wright Tremaine LLP
LAW OFFICES
Suite 2200 · 1201 Third Avenue
Seattle, Washington  98101-3045
(206) 622-3150 · Fax: (206) 757-7700